# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2026-0425
Lower Tribunal No. 2021-DR-000207

_____

ROBERT THOMAS,

Appellant,

v.

GAIL SEITZ,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

May 29, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Alix J. Montes, of The AJM Law Group, P.A., North Miami Beach, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED